[No. 17959–4–I.   Division One.   October 5, 1987.]

KIMBERLY L. SAGER, *Appellant,* v. PENTASTAR, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 82–2–00974–8, Byron L. Swedberg, J., entered January 29, 1986. *Affirmed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Andersen and Dolliver, JJ. Pro Tem.

[No. 17816–4–I.   Division One.   October 5, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. CASTULO RIVAS, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 85–1–00075–6, Harry A. Follman, J., entered January 16, 1986. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Coleman and Pekelis, JJ. Now published at 49 Wn. App. 677.

[No. 17633–1–I.   Division One.   October 5, 1987.]

RILEY W. PLEAS, ET AL, *Respondents,* v. THE CITY OF SEATTLE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 820949, David C. Hunter, J., entered December 12, 1985. *Affirmed in part* and *reversed in part* by unpublished opinion per Stewart, J. Pro Tem., concurred in by Pekelis, J., and Callow, J. Pro Tem. Now published at 49 Wn. App. 825.